**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

CARLOS GONZALEZ,                                )
                                                )
                    Petitioner,                 )
                                                )
v.                                              )          Case No. CIV-26-726-J
                                                )
MARKWAYNE MULLIN, et al.,                       )
                                                )
                    Respondents.                )

## ORDER

Petitioner Carlos Gonzalez, an immigration detainee, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Petition) [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B),(C). Judge Maxfield issued a Report and Recommendation recommending that the Court dismiss the Petition as moot because Petitioner is no longer in custody. Upon review of the Report and Recommendation, the Court ADOPTS the Report and Recommendation [Doc. No. 14] and DISMISSES the Petition [Doc. No. 1] as moot because Petitioner is no longer in custody.

IT IS SO ORDERED this 29th day of June, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE